IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-01744-MSK-BNB

THE ESTATE OF ROBERT MORRILL,
RYAN MORRILL, and
MICHAEL BARKLEY,

Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Plaintiffs' Motion to Strike Defendant's Designation of Expert Witness W.V. Bernie Siebert, Esq.** (the "Motion"), filed June 8, 2005. I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that discovery is reopened for the sole purpose of permitting the plaintiffs to depose Mr. Siebert. The deposition shall occur, if at all, at a time and date as the parties may agree, but not later than **August 15, 2005**.

DATED July 11, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge