IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01744-MSK-BNB

RYAN MORRILL,
MICHAEL BARKLEY,
THE ESTATE OF ROBERT MORRILL,

      Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

      Defendants.

_____

**ORDER GRANTING JOINT AND STIPULATED MOTION TO STAY LITIGATION
IN FAVOR OF BINDING ARBITRATION**
_____

THE COURT, having reviewed the Joint and Stipulated Motion to Stay Litigation in Favor of Binding Arbitration filed by the parties, and the file in this matter, does hereby; GRANT the Joint and Stipulated Motion to Stay Litigation in Favor of Binding Arbitration; and ORDERS that the above-captioned litigation is **STAYED** as of this date, and that the parties shall proceed with binding arbitration in this matter.

Within 5 days of the scheduled arbitration date of August 29, 2005, the parties shall file a joint status report confirming that the arbitration was held, and confirming that all claims by all Plaintiffs (including Ryan Morrill) in this action were presented to the arbitrator or otherwise addressing the status of the arbitration. Should more than 90 days pass without an award being issued, the parties shall file a joint status report advising the Court of that fact, and shall file similar reports every 90 days thereafter until an award is issued. The parties shall file a joint

status report within 15 days of the arbitrator's award, advising the Court of that fact. That status report shall also note that the parties have conferred regarding the necessity of further proceedings to confirm or vacate the award, and shall make a non-binding representation to the Court of the parties' positions as to the anticipated need for and scope of such further proceedings.

Dated this 28th day of July, 2005

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge