IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01744-MSK-BNB


RYAN MORRILL,
MICHAEL BARKLEY,
THE ESTATE OF ROBERT MORRILL,

      Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

      Defendants.

_____

**ORDER**
_____

The Final Pretrial Conference previously set for December 8, 2005 at 8:00 a.m. is hereby

reset to **December 14, 2005 at 8:00 a.m.** in the United States District Court for the District of

Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 16th day of November, 2005.

                      **BY THE COURT:**

                      *Marcia S. Krieger*
                      _____

                      Marcia S. Krieger
                      United States District Judge