IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-MK-1744 (BNB)

ROBERT MORRILL,
RYAN MORRILL,
MICHAEL BARKLEY,

    Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

    Defendants.
_____

### ORDER VACATING, IN PART, TRIAL PREPARATION ORDER
_____

**THIS MATTER** comes before the Court pursuant to the parties' Joint Motion to Convernt Pre-Trial Conference to Status Conference and to Vacate and Reschedule Status Conference **(# 83)**.

The Motion is **GRANTED IN PART**, insofar as the Court **VACATES** that portion of the Court's November 19, 2004 Trial Preparation Order **(# 19)** that requires the submission of trial preparation materials, such as witness and exhibit lists and proposed jury instructions, at the Trial Preparation Conference set for December 14, 2005.  The Motion is **DENIED**  in all other respects.

At the hearing, counsel should be prepared to address the effect of 9 U.S.C. § 3, which provides that in a suit subject to arbitration, the Court "shall on application of one of the parties

1

stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement." Specifically, counsel shall be prepared to address whether, in light of the undisputed fact that the arbitration in accordance with the terms of the agreement has occurred, this case should be closed.

Dated this 12th day of December, 2005

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge