IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01744-MSK-BNB

RYAN MORRILL,
MICHAEL BARKLEY,
THE ESTATE OF ROBERT MORRILL,

    Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE 20-PAGE MEMORANDUM IN SUPPORT OF PETITION TO VACATE IN PART ARBITRATION AWARD**
_____

THE COURT, having reviewed the Defendants' Motion for Leave to File 20-Page Memorandum in Support of Petition to Vacate In Part Arbitration Award **(#89)** in this matter, being fully advised and having determined that good cause for the Motion exists, hereby GRANTS the motion.

DATED this 5th day of January 2006.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*
                              Marcia S. Krieger
                              United States District Judge