IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01744-MSK-BNB

RYAN MORRILL,
MICHAEL BARKLEY,
THE ESTATE OF ROBERT MORRILL,

      Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

      Defendants.

_____

## JUDGMENT
_____

**PURSUANT TO** the Court's July 18, 2006 Opinion and Order Denying Motion to Vacate Arbitration Award **(# 108)** and the representations contained in the Plaintiffs' Partially Unopposed Motion for Judgment **(# 109)**, to which no response has been filed, judgment is hereby entered in favor of the Estate of Robert Morrill and against G.A. Wright Marketing, Inc. and G.A.Wright, Inc., jointly and severally, in the amount of $463,500, plus interest at a rate of 9% from November 24, 2005 to today's date.

Judgment is further entered in favor of Ryan Morrill and against G.A. Wright Marketing, Inc. and G.A. Wright, Inc., jointly and severally, in the amount of $ 34,300, plus interest at a rate of 9% from November 24, 2005 to today's date.

Judgment is further entered in favor of Ryan Morrill and the Estate of Robert Morrill, jointly, against G.A. Wright Marketing, Inc. and G.A. Wright, Inc., jointly and severally, in the amount of $ 99,313.32, representing attorney's fees and costs.

Judgment is further entered in favor of G.A. Wright Marketing, Inc. and G.A. Wright, Inc. against Michael Barkley on all claims.

The amounts set forth in this judgment shall bear post-judgment interest pursuant to 28 U.S.C. § 1961 from today's date until paid.

Dated this 18th day of August, 2006

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge