IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01744-MSK-BNB

RYAN MORRILL,
MICHAEL BARKLEY,
THE ESTATE OF ROBERT MORRILL,

    Plaintiffs,

v.

G.A. WRIGHT MARKETING, INC., and
G.A. WRIGHT, INC.,

    Defendants.

_____

## ORDER AMENDING JUDGMENT
_____

**THIS MATTER** comes before the Court pursuant to the Plaintiffs' Motion to Amend Judgment **(# 111)**. For the reasons stated therein, and there being no objection by the Defendants, the Motion is **GRANTED**. The Judgment **(# 110)** is **DEEMED AMENDED** to strike first paragraph on the second page and to replace it with the following text:

> Judgment is further entered in favor of Ryan Morrill against G.A Wright Marketing, Inc. and G.A Wright, Inc., jointly and severally, in the amount of $ 99,313.32, representing attorney's fees and costs. Judgement is further entered in favor of the Estate of Robert Morrill against G.A Wright Marketing, Inc. and G.A Wright, Inc., jointly and severally, in the amount of $ 99,313.32, representing attorney's fees and costs.

Dated this 25th day of August, 2006

                                        **BY THE COURT:**

                                        *Marcia S. Krieger* (signature)
                                        _____

                                        Marcia S. Krieger
                                        United States District Judge